UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TRICIA MARIE HUMPHRIES,**

    **Plaintiff,**

v.                                                                                       Case No: 5:25-cv-344-PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

The Commissioner filed his answer to Plaintiff's Complaint on August 1, 2025. (Doc. 14). Pursuant to Rule 5, Supplemental Rules for Social Security, Plaintiff was required to file and serve her brief within 30 days after the answer was filed. Plaintiff failed to meet this deadline. On or before **January 9, 2026**, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute.

DONE and ORDERED in Ocala, Florida on December 23, 2025.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record