## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**TRICIA MARIE HUMPHRIES,**

    **Plaintiff,**

**v.**                                                                          **Case No: 5:25-cv-344-PRL**

**COMMISSIONER OF SOCIAL
SECURITY,**

    **Defendant.**

_____

### ORDER

Plaintiff failed to file and serve her brief in the time frame required by Rule 5,

Supplemental Rules of Social Security. Accordingly, on December 23, 2025, the Court

entered its Order directing Plaintiff, on or before January 9, 2026, to show cause why this

action should not be dismissed for failure to prosecute. Plaintiff has not filed a response, and

her time to do so has passed.

Upon due consideration, Plaintiff's complaint is dismissed for failure to prosecute

pursuant to Local Rule 3.10. The Clerk shall close the file.

DONE and ORDERED in Ocala, Florida on January 12, 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record